■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

ENAURIDES BATTISTA, Also Known as ENURIDES BATTISTA CARRASCO, Also Known as ENURIDES BATTISTA, Appellant. [617 NYS2d 614] —Judgment, Supreme Court, Bronx County (William Donnino, J.), rendered on or about August 31, 1992, unanimously affirmed. Motion seeking leave to enlarge the record is denied. No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Williams and Tom, JJ.